
FILED
U.S. DIST. COURT
M... LA.
03 OCT 17 PM 2: 14
SIGN\_\_\_\_
by DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER SEPULVADO<br><br>Plaintiff<br><br>v.<br><br>LOUISIANA BOARD OF PARDONS;<br>REV. C.J. BELL, Board Member;<br>PAUL BLANGE, III, Board Member;<br>LARRY CLARK, Board Member;<br>IRVIN L. MAGRI, JR., Board Member and Chair;<br>JULIA BRUMFIELD SIMS, Board Member;<br>MURPHY J. FOSTER, Governor of Louisiana<br>RICHARD L. STALDER, Secretary of Louisiana<br>    Department of Public Safety and Corrections<br><br>Defendants | DEATH PENALTY CASE<br><br>03-788-C-M1 |

## ORDER

Foregoing *Motion for Expedited Review* considered, Plaintiff's motion is DENIED.

~~Accordingly, hearing is set for the ____ day of _____, 20__.~~

Done and ordered this 17th day of October, 2003.



Date Docketed
OCT 17 2003
Notices Mailed To:
RET
M
LeBoeuf

INITIALS | DOCKET#
4

4